1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
3 | Sacramento, CA 95814
Telephone: (916) 448-8600
4 | Facsimile: (916) 448-8605

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROSEMARY AGUINIGA, | ) | Case No. CIV-S-07-324 EFB |
|---|---|---|
| | ) | |
| | ) | **STIPULATION AND ORDER** |
| **Plaintiff,** | ) | **EXTENDING PLAINTIFF'S TIME TO** |
| | ) | **FILE MEMORANDUM IN SUPPORT** |
| v. | ) | **OF SUMMARY JUDGMENT** |
| | ) | |
| **MICHAEL J. ASTRUE** | ) | |
| **Commissioner of Social Security** | ) | |
| **of the United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from July 30, 2007, to August 20, 2007. This is plaintiff's first request for an extension and is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: July 25, 2007 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: July 26, 2007 | | McGregor W. Scott<br>United States Attorney |
| | | By: */s/ Geralyn Gulseth*<br>GERALYN GULSETH |
| | | Special Assistant U.S. Attorney<br>Social Security Administration |
| | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:   July 30, 2007

_____
EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

2