1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   GERALYN GULSETH
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8923
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                          UNITED STATES DISTRICT COURT
9
                          EASTERN DISTRICT OF CALIFORNIA
10

11 ROSEMARY AGUINIGA,            )
                                 )       CIVIL NO. 07-324-EFB
12     Plaintiff,                )
                                 )       STIPULATION FOR EXTENSION OF TIME
13     v.                        )       IN WHICH TO FILE DEFENDANT'S
                                 )       MOTION FOR SUMMARY JUDGMENT
14 MICHAEL J. ASTRUE,            )       AND PROPOSED ORDER
   Commissioner of               )
15 Social Security,              )
                                 )
16     Defendant.                )
17 _____)

18     The parties through their undersigned attorneys stipulate that defendant will have 30 days in
19 which to file his motion for summary judgment in the above-captioned case.
20     The new due date for defendant's motion will be October 22, 2007.
21                                       Respectfully submitted,
22 Dated: September 19, 2007              /s/ bess brewer
                                         BESS BREWER
23                                       (authorized via electronic mail)
                                         Attorney at Law
24                                       Attorney for Plaintiff
25
26
27
28

1  Dated: September 19, 2007       McGREGOR W. SCOTT
                                    United States Attorney
2                                   LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
3                                   Social Security Administration

4
                                    /s/ geralyn a. gulseth
5                                   GERALYN A. GULSETH
                                    Special United States Attorney
6
                                    Attorneys for Defendant
7

8  IT IS SO ORDERED:

9  Dated:  September 25, 2007.

10                                  _____
                                    EDMUND F. BRENNAN
11                                  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2